IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INCLUSIV, INC.,<br><br>        Plaintiff,<br><br>  v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, *et al.*<br><br>        Defendants. | Civil Action No.<br>1:25-cv-_____ |

## **PLAINTIFF'S LCvR 26.1 CERTIFICATE**

      I, the undersigned, counsel of record for Inclusiv, Inc., certify that to the best of my knowledge and belief, there are no parent companies, subsidiaries, affiliates, or companies which own at least 10% of the stock of Inclusiv, Inc. which have any outstanding securities in the hands of the public. These representations are made in order that judges of this Court may determine the need for recusal.

Dated: March 31, 2025

Respectfully submitted,

/s/ Jay C. Johnson
Jay C. Johnson (D.C. Bar No. 487768)
VENABLE LLP
600 Massachusetts Ave., N.W.
Washington, DC 20001
Phone: 202-344-4000
Fax: 202-344-8300
jcjohnson@venable.com

*Counsel for Plaintiff Inclusiv, Inc.*