IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INCLUSIV, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, *et al.*<br><br>    Defendants. | Civil Action No.<br>1:25-cv-00948 |

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that Jay C. Johnson of Venable LLP hereby gives notice to the Court and all interested parties of his appearance as counsel for plaintiff, Inclusiv, Inc. in the above-captioned matter.

Dated: April 1, 2025

            Respectfully submitted,

            VENABLE LLP

            /s/ Jay C. Johnson
            Jay C. Johnson (D.C. Bar No. 487768)
            600 Massachusetts Avenue, N.W.
            Washington, DC 20001
            Phone: 202-344-4000
            Fax: 202-344-8300
            jcjohnson@venable.com

            *Counsel for Plaintiff Inclusiv, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on April 1, 2025, I caused a copy of the foregoing to be served on all counsel of record via the Court's CM/ECF system.

/s/ Jay C. Johnson
Jay C. Johnson