# Exhibit 2

**Civil Action No. 1:25-cv-00498**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INCLUSIV, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, *et al.,* <br><br> Defendants. | Civil Action No. <br> 1:25-cv-00948 |

## DECLARATION OF JOHN STOTT LAWSON

I, John Stott Lawson, pursuant to 28 U.S.C. § 1746, do hereby state and declare as follows:

**A. Background**

1. I am President and Chief Executive Officer for Clearwater Federal Credit Union (Clearwater). My business address is 3600 Brooks Street, Missoula, Montana, 59801.

2. I am competent to testify concerning matters in this declaration. In my role at Clearwater, I report to a Board of Directors to set strategy, risk tolerances, and annual budgets, manage an executive team to implement strategy, risk tolerances, and budgets, represent the organization publicly, and interface with community stakeholders, elected officials, and regulators.

3. I have broad-based experience working in the credit union industry having worked at senior management levels in both urban and rural environments spanning New York City, California, and Montana.

**B. Clearwater's History and Background**

4. For nearly seven decades, Clearwater has worked to be a positive force in the lives of our members and in the communities we serve, with membership now totaling 63,878 people and small businesses. We anchor our efforts in our four core values: inclusion, empowerment, ownership, and impact.

5. Clearwater is Montana's largest Community Development Financial Institution (CDFI), providing tailored financial solutions to communities and members in 37 of Montana's 56 counties.

6. Clearwater serves some of the state's most vulnerable populations. The communities we serve face significant challenges, and include rural areas with limited banking options, low-income households with fewer resources for financial emergencies, and historically underserved populations such as Native American communities across multiple reservations.

**C. Clearwater's CCIA Grant Application Process**

7. Clearwater has been a member of Inclusiv's network of community development credit unions since 2014.

8. Clearwater first learned about Inclusiv's Clean Communities Investment Accelerator (CCIA) grant in Fall 2024. Soon after, Clearwater decided to apply for a CCIA grant from Inclusiv.

9. Following Inclusiv's written guidance, Clearwater started its application process by submitting a prequalification form. Inclusiv informed Clearwater that it was pre-qualified for a grant in December 2024.

10. Because Clearwater pre-qualified for a CCIA grant from Inclusiv, it was automatically eligible to attend the University of New Hampshire's Solar and Green Lending Training and Technical Assistance Program. Our Clean Energy Lending Manager, Jess Dahlen, attended the training on behalf of Clearwater.

11. Over the months that followed, Clearwater put together its formal grant application for Inclusiv. From training to data collection through to drafting lending plans, proposal narratives, and budgets, Clearwater staff invested approximately 195 hours into the application. Clearwater submitted its application on January 17, 2025.

12. On February 18, 2025 Clearwater learned that Inclusiv had awarded it an $11 million CCIA grant.

**D. Clearwater's Plans for CCIA Grant Funds**

13. Clearwater will use CCIA grant funds to build upon our existing clean energy lending program—the only program of its kind offered by any credit union, bank, or loan fund in Montana.

14. Through this program, Clearwater originated more than $8.4 million in clean energy loans to low-income or disadvantaged communities in 2024 alone. Roughly half of these funds went directly to low-income borrowers, and the flexible loan terms are designed to be accessible for borrowers across all credit tiers. The program includes loans for home solar installations, energy efficiency improvements, and electric vehicles.

15. With CCIA grant funds, Clearwater will expand our clean energy lending to create lasting environmental and economic benefit for Montana's most vulnerable populations.

16. Clearwater plans to do so by reducing interest rates for qualified borrowers, developing new loan products for affordable housing retrofits and third-party solar ownership models, and strengthening partnerships with mission-aligned organizations throughout Montana.

17. These enhancements will directly help community members reduce greenhouse gas emissions, lower their energy costs, and improve health and safety conditions.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 28, 2025

*/s/ John Stott Lawson*

John Stott Lawson

Missoula, Montana