# Exhibit 3

**Civil Action No. 1:25-cv-00498**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Inclusiv, Inc., | Civil Action No. |
| Plaintiff, | 1:25-cv-00948 |
| v. | |
| | Declaration of |
| | Jared Freeman |
| U.S. Environmental Protection Agency, et al. | |
| Defendants. | |

I, Jared Freeman, pursuant to 28 U.S.C. § 1746, do hereby state and declare as follows:

**A. Background**

1. I am the President/CEO for OnPath Federal Credit Union ("OnPath"). My business address is 3131 N. I-10 Service Road E., Metairie, Louisiana 70115.

2. I am competent to testify concerning matters in this declaration. In my role at OnPath, I lead a team of dedicated professionals who are committed to providing exceptional financial services and solutions to our members and communities. With over 15 years of experience in the credit union industry, I have developed a deep understanding of the challenges and opportunities facing our sector, and a passion for advancing our mission and values.

3. I attended the University of Mobile from 2006 to 2010, earning a Bachelor of Science in Finance, followed by an MBA in 2011. I first joined the credit

union movement in 2005 with Guardian Credit Union, where I served many roles ending in my position as Chief Operations Officer. From there, I went on to lead ASE Credit Union as President and Chief Executive Officer before making a move to Leaders Credit Union, where I held the role of Chief Experience Officer. In August 2020, I was named President/CEO of OnPath Federal Credit Union. My core competencies include strategic planning, financial management, problem solving, and innovation. I have successfully implemented multiple initiatives to enhance our growth, performance, and member satisfaction, such as launching new products, expanding our digital channels, and strengthening our partnerships.

**B. OnPath's History and Background**

4. OnPath FCU began as ASI Federal Credit Union in 1961, serving the hardworking employees of Avondale Shipyards. Over the decades, the credit union has grown to nearly 85,000 members across South Louisiana. In 2019, it rebranded as OnPath, symbolizing its commitment to guiding its members toward financial success. Building on the recent merger with Louisiana FCU in 2024, OnPath has set its sights on creating even greater opportunities for its members and the communities it serves - momentum that will continue with the upcoming core conversion in Summer 2025, laying the groundwork for deeper integration, enhanced services, and long-term growth.

OnPath has a long-standing commitment to improving the financial well-being of individuals and businesses through its mission to be financial

advocates for its members and the community it serves. Through its strategic vision and dedication to member financial advocacy, OnPath has made a significant impact by providing accessible financial solutions, financial education, and tailored products that empower individuals and businesses alike. The success of the recent merger has further solidified OnPath's ability to provide enhanced services, a broader geographic reach, and a more robust support system for its growing member base.

As OnPath continues its journey of transformational growth, the organization is expanding its reach and impact, strengthening its position as a trusted financial partner. While focusing on this growth, the credit union remains committed to deepening relationships with existing members, ensuring they receive the support and services needed to thrive.

5. OnPath's mission is to be a financial advocate for our members and the communities we serve.

6. OnPath is committed to providing accessible financial services to individuals and families who are often overlooked by traditional banking institutions.

7. Serving 84,700 members across Louisiana, OnPath uses an inclusive approach that addresses historical economic disparities and systemic barriers that have caused some of Louisiana's most vulnerable individuals to receive limited access to affordable financial resources.

8. OnPath's focus also extends to immigrant communities navigating unfamiliar financial systems.

### C. OnPath's CCIA Grant Application Process

9. OnPath has been a longstanding member of Inclusiv's network of community development credit unions.

10. OnPath first learned about Inclusiv's Clean Communities Investment Accelerator (CCIA) grant in Fall 2024. Soon after, OnPath decided to apply for a CCIA grant from Inclusiv.

11. Following Inclusiv's written guidance, OnPath started its application process by submitting a prequalification form. Inclusiv informed OnPath that it was pre-qualified for a grant in February 2024.

12. Because OnPath pre-qualified for a CCIA grant from Inclusiv, it was automatically eligible to attend the University of New Hampshire's Solar and Green Lending Training and Technical Assistance Program. Over the months that followed, OnPath put together its formal grant application for Inclusiv. Members of the OnPath leadership team participated in the 2024 kickoff conference and discussion, followed by formal training that began in the third quarter and concluded at the start of the fourth quarter. Each session lasted approximately one to two hours. OnPath submitted its application on or about January 17, 2025.

13. On February 18, 2025 OnPath learned that Inclusiv had awarded it an $11 million CCIA grant.

**D. OnPath's Plans for CCIA Grant Funds**

14. OnPath will use these grant funds to relaunch and expand our clean energy lending program.

15. OnPath will use funds to revitalize our successful solar lending initiative with enhanced offerings. OnPath will use the funding primarily as loan loss reserves, allowing us to extend larger unsecured loans for solar installations, including systems with battery backup.

16. OnPath will also use funds to expand into energy efficiency home enhancements, appliance replacement loans, and financing for fully electric, zero-emission vehicles.

17. The CCIA funds will thus have a transformative impact on the communities OnPath serves. With access to affordable financing options for clean energy products, OnPath members will see reduced utility costs, increased energy independence, and improved living conditions.

18. The funds will also help OnPath ensure that clean energy solutions are accessible to those for whom such solutions would not be otherwise. This will contribute to the breaking of generational poverty cycles in these communities and the creation of pathways to financial stability for underserved populations.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 28, 2025

_____

Jared Freeman

Metairie, Louisiana