# Exhibit 4

Civil Action No. 1:25-cv-00498

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| INCLUSIV, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, *et al.*, <br><br> Defendants. | Civil Action No. 1:25-cv-00948 |

## DECLARATION OF GREG HANSHAW

I, Greg Hanshaw, pursuant to 28 U.S.C. § 1746, do hereby state and declare as follows:

**A. Background**

1. I am President & CEO for Community 1st Credit Union (Community 1st). My business address is 1100 Hutchinson Ave, Ottumwa, Iowa 52501.

2. I am competent to testify concerning matters in this declaration. In my role at Community 1st, I am responsible for overseeing the day-to-day operations and ensuring the credit union's continued vitality and success, including the planning and implementation of all programs, policies, and procedures. I am also responsible to provide strategic and/or administrative direction and management in all credit union functions including: accounting, ALM, business development, compliance, facility management, finance, human resources, investments, lending, marketing, operations, retail services, risk management, and security.

3. Additionally, as President & CEO, I am responsible to develop, recommend, and implement financial policies and procedure, as well as for ensuring that the credit union follows the federal laws and regulations set forth by the National Credit Union Administration and other State and Federal regulatory agencies.

4. I have been with the credit union for more than 13 years, and have served in the CEO role for more than 9 years. Prior to coming to the credit union, I was a Human Resources professional serving as the Director of HR for a large manufacturer for 15 years.

**B. Community 1st's History and Background**

1. Community 1st is dedicated to improving the lives of our more than 70,000 members by serving as their trusted financial partner.

2. Community 1st is deeply rooted in communities across Iowa and Missouri, serving a population in which 46% of households earn less than $35,000 annually, 19% live below the poverty line, and 20% receive public assistance.

3. Community 1st is a certified Community Development Financial Institution (CDFI) that specializes in providing financial products that meet the needs of underserved, low-income, and unbanked households.

4. Community 1st has a successful track record of creating specialized programs that make a real difference in the financial lives of our members, including those in the most vulnerable communities. Examples include our Payday Alternative Loans and First-Time Home Buyers' Down Payment Assistance.

5. Community 1st takes a comprehensive approach to serving our members, which includes financial coaching, education programs, and collaborations with local partners in clean energy. This approach ensures that members receive the support they need as they pursue clean energy options.

**C. Community 1st's CCIA Grant Application Process**

6. Community 1st has been a member of Inclusiv's network of community development credit unions since 2016.

7. Community 1st first learned about Inclusiv's Clean Communities Investment Accelerator (CCIA) grant in Fall 2024. Soon after, Community 1st decided to apply for a CCIA grant from Inclusiv.

8. Following Inclusiv's written guidance, Community 1st started its application process by submitting a prequalification form. Inclusiv informed Community 1st that it was pre-qualified for a grant in December, 2024.

9. Because Community 1st pre-qualified for a CCIA grant from Inclusiv, it was automatically eligible to attend the University of New Hampshire's Solar and Green Lending Training and Technical Assistance Program, which is currently being attended by our VP of Consumer Lending.

10. Over the months that followed, Community 1st put together its formal grant application for Inclusiv. The application process took approximately 4 weeks to complete, and Community 1st submitted its application on January 17, 2025.

11. On February 18, 2025 Community 1st learned that Inclusiv had awarded it an $5.5 million CCIA grant.

**D. Community 1st's Plans for CCIA Grant Funds**

12. Community 1st will use CCIA grant funds to design, launch, and support a comprehensive clean energy lending program. This program will be tailored specifically for low-income and disadvantaged communities.

13. The program will offer competitive loan rates, reasonable terms, minimal fees, and simplified qualification criteria for members investing in clean energy solutions.

14. With the funding, members will gain access to affordable financing for energy-efficient appliances, heat pumps, solar panels, electric vehicles, and other clean energy products that would otherwise be financially unattainable.

15. As a result, the grant funding will have a transformative impact on the communities that Community 1st serves by breaking down barriers to clean energy adoption, which will allow members to reduce energy costs while contributing to environmental sustainability.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 31, 2025

                                                */s/ Greg Hanshaw*

                                                Greg Hanshaw

                                                Ottumwa, Iowa