# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INCLUSIV, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, *et al.*, <br><br> Defendants. | Civil Action No. 1:25-cv-00948 |

**NOTICE**

Plaintiff Inclusiv, Inc., wishes to inform the Court that as of 9:30 am on April 2, the money that was yesterday moved out of Inclusiv's Citibank account is back. Inclusiv thus withdraws its request for an emergency order requiring that money to be returned. Inclusiv continues to seek the relief described in its preliminary injunction papers.

Dated: April 2, 2025

Respectfully submitted,

/s/ Jay C. Johnson
Jay C. Johnson (D.C. Bar No. 487768)
Dismas Locaria (D.C. Bar No. 490096)*
Christopher G. Griesedieck
  (D.C. Bar No. 1028847)*
Lindsay M. Reed (D.C. Bar No. 1736766)*
600 Massachusetts Avenue, N.W.
Washington, DC 20001
Phone: 202-344-4000
Fax: 202-344-8300
jcjohnson@venable.com

Kyle H. Keraga (D.D.C. Bar. No. MD0216)
Evan I. Suval*
Cogan R. S. Rooney*
750 E. Pratt Street, Suite 900
Baltimore, MD 21202
Phone: 410-244-7650
Fax: 410-244-7742
khkeraga@venable.com

Emily R. Marcy*
Taylor M. Sorrells*
1850 Towers Crescent Plaza, Suite 400
Tysons, VA 22182
Phone: 703-760-1600
Fax: 703-821-8949

*Counsel for Plaintiff Inclusiv, Inc.*

* *Motions for pro hac vice admission forthcoming.*
** *Renewal certificate pending.*

## CERTIFICATE OF SERVICE

I hereby certify that on April 2, 2025, I caused a copy of the foregoing to be served on all counsel of record via the Court's CM/ECF system.

/s/ Jay C. Johnson
Jay C. Johnson
