UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**INCLUSIV, INC.**,

    Plaintiff,

v.

**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,** *et al.*,

    Defendants.

Civ. Action No. 1:25-cv-00948 (TSC)

## JOINT STATUS REPORT

Inclusiv, Inc. filed a motion for preliminary injunction on April 1, 2025. ECF No. 6. Pursuant to Local Rule 65.1(c), the defendants' opposition is due April 8, 2025.

The federal defendants have previously committed to Inclusiv that, while the Environmental Protection Agency's (EPA) position is that Inclusiv's grant has been terminated, EPA has agreed not to take any steps to move Inclusiv's grant funds out of its Citibank account or otherwise exercise control over Inclusiv's Citibank account while the temporary restraining order issued by the Court in No. 1:25-cv-00698 (TSC), which has been extended to April 15, 2025, is in effect.

Therefore, the parties agree that briefing on Inclusiv's motion for a preliminary injunction should be stayed, absent any contrary preferences from the Court.

Dated: April 8, 2025

Respectfully submitted,

YAAKOV ROTH
Acting Assistant Attorney General

KIRK T. MANHARDT
Director

*/s/ Marc S. Sacks*
MARC S. SACKS (Ga. Bar No. 621931)
*Deputy Director*
KEVIN P. VANLANDINGHAM (NY Reg No. 4741799)
*Assistant Director*
U.S. Department of Justice
Civil Division
Corporate/Financial Section
P.O. Box 875
Ben Franklin Stations
Washington D.C. 20044-0875
Tel: (202) 307-1104
Email: marcus.s.sacks@usdoj.gov

*Attorneys for the United States Environmental Protection Agency*

*/s/ Jay C. Johnson*
Jay C. Johnson (D.C. Bar No. 487768)
Dismas Locaria (D.C. Bar No. 490096)
Christopher G. Griesedieck
(D.C. Bar No. 1028847)*
Lindsay M. Reed (D.C. Bar No. 1736766)
600 Massachusetts Avenue, N.W.
Washington, DC 20001
Phone: 202-344-4000
Fax: 202-344-8300
jcjohnson@venable.com

Kyle H. Keraga (D.D.C. Bar. No. MD0216)
Evan I. Suval
Cogan R. S. Rooney
750 E. Pratt Street, Suite 900
Baltimore, MD 21202
Phone: 410-244-7650
Fax: 410-244-7742

khkeraga@venable.com
Emily R. Marcy
Taylor M. Sorrells
1850 Towers Crescent Plaza, Suite 400
Tysons, VA 22182
Phone: 703-760-1600
Fax: 703-821-8949

*Counsel for Plaintiff Inclusiv, Inc.*
*\* Renewal certificate pending.*

*/s/ K. Winn Allen*
K. Winn Allen, P.C.
Saunders McElroy
KIRKLAND & ELLIS LLP
1301 Pennsylvania Ave., N.W.
Washington, D.C. 20004
Tel: (202) 389-5078
winn.allen@kirkland.com
saunders.mcelroy@kirkland.com

*Counsel for Defendant Citibank, N.A.*